### 2702.  CITY OF ROME *v.* KINNEBREW.

POWELL, J. The evidence amply authorized the jury to find that the defendant's negligence was the proximate cause of the plaintiff's injury; and the charge of the court, in the absence of written request for further instructions, presented the issues with requisite fullness.

*Judgment affirmed.*

DECIDED JANUARY 31, 1911.

Action for damages; from city court of Floyd county—Judge Hamilton. May 24, 1910.

*Max Meyerhardt,* for plaintiff in error.

*Lipscomb, Willingham & Wright,* contra.